IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02567-ZLW

MICHAEL TREVINO,

     Applicant,

v.

GARY WATKINS, (Warden F.C.F.), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION TO RECONSIDER

Applicant Michael Trevino has filed **pro se** on May 31, 2006, a "Motion to Reinstate Application for Habeas Corpus Relief and/or Reconsider Order and Dismissal Entered on March 30, 2006."  Mr. Trevino asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on March 30, 2006.  The Court must construe the motion to reconsider liberally because Mr. Trevino is representing himself.  **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)."  **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991).  A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Trevino's motion to reconsider, which was filed more than ten days after the Court's

March 30, 2006, Order and Judgment of Dismissal, will be considered pursuant to Fed.

R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary

circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30

F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant habeas corpus action as barred by the one-year

limitation period after Mr. Trevino failed to file a substantive response to an order to

show cause why the action should not be dismissed. On January 10, 2006, Mr. Trevino

was ordered to show cause why the action should not be dismissed. On February 13,

2006, he was granted an additional thirty days to file his response. In the motion to

reconsider Mr. Trevino alleges that he was unable to respond because he was in transit

to another facility and did not have access to his legal materials. In support of this

allegation he attaches a letter from a prison official stating that Mr. Trevino was housed

at the Fremont Correctional Facility on September 28, 2005, at the Buena Vista

Correctional Facility on March 16, 2006, and at the Arkansas Valley Correctional

Facility, his current facility, on March 27, 2006.

Upon consideration of the motion to reconsider and the entire file, the Court finds

that Mr. Trevino fails to demonstrate the existence of any extraordinary circumstances

that would justify a decision to reconsider and vacate the order dismissing this action.

Mr. Trevino fails to explain why he did not inform the Court that he needed additional

time to file a response if he did not have access to his legal materials and there is no

indication that he needed access to his legal materials in order to request an extension

2

of time.  Furthermore, Mr. Trevino fails to explain how his transfer to a new facility on March 16, 2006, after the time to respond to the show cause order already had expired, prevented him from filing a timely response.  Therefore, the motion to reconsider will be denied.  Accordingly, it is

ORDERED that the "Motion to Reinstate Application for Habeas Corpus Relief and/or Reconsider Order and Dismissal Entered on March 30, 2006" filed on May 31, 2006, is denied.

DATED at Denver, Colorado, this _8_ day of _____June_____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   05-cv-02567-BNB

Michael Trevino
Prisoner No. 49694
FCF – 5D
PO Box 999
Canon City, CO 81215- 0999

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _6 / 9 / 06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk