IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02567-ZLW

MICHAEL TREVINO,

    Applicant,

v.

GARY WATKINS, (Warden F.C.F.), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*

*JUN 1 2 2007*

*GREGORY C. LANGHAM*
*CLERK*

---

### ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on April 25, 2007, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on April 25, 2007.

DATED at Denver, Colorado, this 12 day of _____June_____, 2007.

BY THE COURT:

*/s/ Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02567-BNB

Michael Trevino
Prisoner No. 49694
Arkansas Valley Corr. Facility
PO Box 1000 Unit 4-A
Crowley, CO 81034

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/12/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk