IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-02567-WYD

MICHAEL TREVINO,

    Applicant,

v.

GARY WATKINS, (Warden F.C.F.), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before me on two pending motions.  On June 4, 2007, a "Motion to Amend Petition for Writ of Habeas Corpus Pursuant to 28 USC § 2242; § 2254 Habeas Rule 11 & Civil Rules" was filed together with a "Memorandum of Law in Support of Motion to Amend Petition for Writ of Habeas Corpus."  The motion to amend is signed both by Applicant and another prisoner, John Danielson, who purportedly is acting as Applicant's "next friend" in this action.  Mr. Danielson did not sign and apparently did not participate in the filing of the original habeas corpus application in this action.  However, Applicant and Mr. Danielson assert that Applicant now lacks the mental capacity to pursue his own claims in this habeas corpus action.  On July 23, 2007, Mr. Danielson filed a letter to the Court asking that copies of all documents in this action be mailed to him in addition to Applicant because Mr. Danielson is not incarcerated in the same prison as Applicant.  The July 23 letter to the court has been docketed as a

motion for a court order.  For the reasons stated below, the motion to amend and the motion for a court order will be denied.

The motion to amend will be denied because Applicant fails to specify either in the motion to amend or in the memorandum of law in support of the motion to amend the amendments he seeks to make.  I will not hold this case in abeyance while Applicant searches for additional claims to raise.  The motion for a court order also will be denied because I will appoint counsel to represent Applicant.

I have reviewed the file and I am satisfied that Applicant financially is unable to employ counsel and that the interests of justice require that counsel be appointed to represent him in this action.  Therefore, the court will appoint the Federal Public Defender to represent Applicant.  This appointment shall remain in effect until terminated by the court or until a substitute attorney is appointed.  Accordingly, it

ORDERED that the "Motion to Amend Petition for Writ of Habeas Corpus Pursuant to 28 USC § 2242; § 2254 Habeas Rule 11 & Civil Rules" (docket #21) filed on June 4, 2007, is DENIED.  It is

FURTHER ORDERED that the letter to the court (docket #30) filed on July 23, 2007, which is docketed as a motion for a court order, is DENIED.  It is

FURTHER ORDERED that the Federal Public Defender is appointed to represent Applicant in this action.  It is

FURTHER ORDERED that the Federal Public Defender shall file a traverse or other appropriate pleading in this action within **thirty (30) days from the date of this order**.

Dated: October 4, 2007

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge