IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-02567-WYD-MEH

MICHAEL TREVINO,

    Applicant,

v.

GARY WATKINS, (Warden F.C.F.), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

Applicant Michael Trevino, a prisoner in the custody of the Colorado Department of Corrections, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254. On July 13, 2007, Respondents filed their answer. On October 4, 2007, I entered an order appointing the Federal Public Defender to represent Mr. Trevino in this action and on December 6, 2007, counsel for Mr. Trevino entered an appearance. Also on December 6, counsel for Mr. Trevino filed "Applicant's Unopposed Motion for Production of State Court Record and for Extension of Time to File Traverse." (Docket #36). That motion will be granted. Accordingly, it is

ORDERED that "Applicant's Unopposed Motion for Production of State Court Record and for Extension of Time to File Traverse" (Docket #36) filed on December 6, 2007, is **GRANTED**. It is

FURTHER ORDERED that the Clerk of the Adams County District Court produce

and transmit to the Clerk of this Court **within twenty (20) days from the date of this Order** the entire record in Mr. Trevino's state court proceedings, at both the trial and postconviction stages, including all transcripts, pleadings, exhibits, orders, and other documents relating to Adams County District Court Case No. 90CR1419. It is

FURTHER ORDERED that Mr. Trevino shall have sixty (60) days following receipt of the state court record by this Court to file a traverse or other appropriate pleading. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the Adams County District Court, Attn: Appeals Clerk, Adams County Justice Center, 1100 Judicial Center Drive, Brighton, CO 80601.

Dated: December 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge