FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 05-cv-02567-WYD

MICHAEL TREVINO,

    Applicant,

v.

MICHAEL ARELLANO (Warden, Arkansas Valley Correctional Facility), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 11th day of May, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-02567 WYD

Adams County Court
Adams County Judicial Center
1100 Judicial Center Dr.
Brighton, CO 80601

Madeline S. Cohen
**DELIVERED ELECTRONICALLY**

Paul Edward Koehler - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __5/21/10__.

GREGORY C. LANGHAM, CLERK

By:_____
      Deputy Clerk